UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GWEN L., | Civil No. 2:19-CV-00803-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

It is hereby ORDERED that the case shall be remanded under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will direct the Administrative Law Judge to take any steps necessary to fully develop the administrative record; provide the claimant an opportunity for a new hearing, and to submit additional evidence in support of her claim; reevaluate the medical evidence; reevaluate the residual functional capacity; and if warranted, obtain supplemental vocational expert evidence; and issue a new decision. Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

DATED this 4th day of December, 2019.

Mary Alice Theiler
United States Magistrate Judge

Page 1    ORDER - [2:19-CV-00803-MAT]

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov